IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF GEORGIA, EX REL. KRIS FRANKENBERG, <br><br> PLAINTIFFS, <br><br> v. <br><br> ROBERT E. WINDSOR, JR., M.D., GEORGIA PAIN PHYSICIANS, P.C., AND OLALEKAN AJIBOWO, M.D. A/K/A DR. HENRY AJIBOWO, <br><br> DEFENDANTS. | Civil Action No. <br><br> 1:12-CV-3114-TCB |

**CONSENT JUDGMENT AND ORDER OF DISMISSAL**

WHEREAS, Defendant Dr. Robert Windsor, the United States, the State of Georgia, the Commonwealth of Kentucky, and Relators have negotiated a settlement that settles the above-captioned case and the case of *United States ex rel. Herder v. National Pain Care, Inc.*, No. 14-cv-221 (E.D. Ky. June 4, 2014); and

WHEREAS, as part of the negotiated settlement, Defendant Dr. Windsor, pursuant to Federal Rules of Civil Procedure 41 and 54 and by and through counsel, has consented to entry of judgment against Dr. Windsor and in favor of the United States in the amount of $20,000,000, less any amount already paid by

1

Dr. Windsor pursuant to the Settlement Agreement, with respect to claims that Dr. Windsor submitted or caused the submission of false claims for (1) the online, real time intraoperative monitoring of surgeries that Dr. Windsor did not personally monitor, that were not monitored by a physician, and that Dr. Windsor falsely represented had been monitored by him during the period from January 1, 2008 through July 22, 2013 and (2) medically unnecessary balance tests, nerve conduction and electromyography procedures, and qualitative drug screens performed in Georgia and Kentucky during the period from January 1, 2010 through June 30, 2014; and

WHEREAS, as part of the negotiated settlement, this Consent Judgment shall be recorded among the records of the Clerk of the Superior Court of the county of residence of Dr. Windsor and all other jurisdictions where it is determined by the United States that Dr. Windsor owns real or personal property; and

WHEREFORE, the Court finding no just reason for delay,

IT IS HEREBY ORDERED that a final judgment in this matter be entered in favor of the United States against Dr. Windsor in the amount of $20,000,000, less any amount already paid by Dr. Windsor pursuant to the Settlement Agreement, with respect to allegations that Dr. Windsor submitted or caused the submission

2

of false claims for (1) the online, real time intraoperative monitoring of surgeries that Dr. Windsor did not personally monitor, that were not monitored by a physician, and that Dr. Windsor falsely represented had been monitored by him during the period from January 1, 2008 through July 22, 2013 and (2) medically unnecessary balance tests, nerve conduction and electromyography procedures, and qualitative drug screens performed in Georgia and Kentucky during the period from January 1, 2010 through June 30, 2014;

IT IS FURTHER ORDERED that Dr. Windsor shall pay to the United States the sum of $20,000,000 pursuant to the terms of the Settlement Agreement;

IT IS FURTHER ORDERED that the $20,000,000 debt that Dr. Windsor owes to the United States reflected in this final judgment is not in addition to any final judgment for the same amount that may be entered in the case of *United States ex rel. Herder v. National Pain Care, Inc.*, No. 14-cv-221 (E.D. Ky. June 4, 2014); and

IT IS FURTHER ORDERED that the Complaint with respect to all Defendants except Dr. Windsor and all claims against Dr. Windsor except for those described above are dismissed without prejudice to the United States and the State of Georgia and with prejudice to Relator.

IT IS SO ORDERED, this 26th day of January, 2017.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

CONSENTED TO BY:
JOHN A. HORN
UNITED STATES ATTORNEY

_____
LENA AMANTI
ASSISTANT U.S. ATTORNEY
Georgia Bar No.666825
600 Richard B. Russell Federal Bldg.
75 Ted Turner Drive, S.W.
Atlanta, Georgia 30303
Telephone: (404) 581-6225
Facsimile: (404) 581-6163
Email: lena.amanti@usdoj.gov

4

CHRISTOPHER M. CARR
GEORGIA ATTORNEY GENERAL


*Elizabeth White / by SK* with express permission
ELIZABETH WHITE
ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 258844
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA 30334
Telephone: (404) 656-4332
Facsimile: (404) 656-7441
E-mail: ewhite@law.ga.gov

---

CHARLES N. KELLEY, JR.
Georgia Bar No.
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30503
Telephone: (678) 567-6120
Facsimile: (678) 866-2360
E-mail: ckelley@kelleyclements.com
Counsel for Dr. Robert Windsor

---

DR. ROBERT WINDSOR
3780 Casaroga Dr.
Cumming, GA

5

CHRISTOPHER M. CARR
GEORGIA ATTORNEY GENERAL

---

ELIZABETH WHITE
ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 141787
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA  30334
Telephone:  (404) 656-4332
Facsimile:  (404) 656-7441
E-mail: ewhite@law.ga.gov

---

CHARLES N. KELLEY, JR.
Georgia Bar No. 412212
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30503
Telephone: (678) 567-6120
Facsimile: (678) 866-2360
E-mail: ckelley@kelleyclements.com
Counsel for Dr. Robert Windsor

---

DR. ROBERT WINDSOR
3780 Casaroga Dr.
Cumming, GA

5

CHRISTOPHER M. CARR
GEORGIA ATTORNEY GENERAL

---

ELIZABETH WHITE
ASSISTANT ATTORNEY GENERAL
Georgia Bar No. 141787
200 Piedmont Avenue, S.E.
West Tower, 19th Floor
Atlanta, GA 30334
Telephone: (404) 656-4332
Facsimile: (404) 656-7441
E-mail: ewhite@law.ga.gov

---

CHARLES N. KELLEY, JR.
Georgia Bar No.
Kelley & Clements LLP
PO Box 2758
Gainesville, GA 30503
Telephone: (678) 567-6120
Facsimile: (678) 866-2360
E-mail: ckelley@kelleyclements.com
Counsel for Dr. Robert Windsor

---

DR. ROBERT WINDSOR
3780 Casaroga Dr.
Cumming, GA

5

_/s/ John D. Dalbey_
JOHN D. DALBEY
Georgia Bar No.
Chilivis, Cochran, Larkins & Bever LLP
3127 Maple Drive, NE
Atlanta, GA 30305
Telephone: (404) 233-4171
Facsimile: (404) 261-2842
E-mail: jdd@cclblaw.com
Counsel for Relator